265 F.2d 223
 M. A. MAHANNA et al., Appellants,
v.
J. C. GAUVEY, doing business as Gauvey Rig and Trucking
Company, et al.
 No. 16104.
 United States Court of Appeals Eighth Circuit.
 March 5, 1959.
 
 Joseph P. Stevens, Minot, N.D., for appellants.
 George A. Soule, Van Osdel & Foss, Wattam, Vogel, Vogel, Bright & Peterson, Robert Vogel, U.S. Atty., Gordon Thompson, Asst. U.S. Atty., Fargo, N.D., Charles K. Rice, Atty. Gen., and Lee A. Jackson, Atty., U.S. Department of Justice, Washington, D.C., Lord, Ulmer, Bair & Daner, Bismarck, N.D., Davidson & Whisenand, Burk & O'Connell, and Bjella, Jestrab & Neff, Williston, N.D., for appellees.
 PER CURIAM.
 
 
 1
 Appeal from District Court dismissed for want of prosecution, on motion of appellee J. C. Gauvey, doing business as Gauvey Rig and Trucking Company.